Jody I. LeWitter (SBN 124794)
Jean R. Krasilnikoff (SBN 280450)
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California  94612
Phone: 510-452-5000
Fax:     510-452-5004
jlewitter@sl-employmentlaw.com
jkrasilnikoff@sl-employmentlaw.com

Attorneys for Plaintiff EVELYN RYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN RYAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANDIA CORPORATION d/b/a SANDIA NATIONAL LABORATORIES and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. **15-cv-04102-CRB**<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE OF DEFENDANT'S CONTINUED MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND LOCAL RULE 7-7(d)**<br><br>Complaint Filed:　July 15, 2015<br>Trial Date:　　　　None set |

　　　　NOW come the Parties by and through their counsels and stipulate to the following briefing schedule regarding Defendant's Motion to Dismiss, which was previously noticed for November 13, 2015 and is now noticed for December 11, 2015:

　　　　Opposition by Plaintiff to be filed by October 7, 2015. (Opposition date set by the Court for the hearing of November 13, 2015 was on September 30, 2015).

　　　　Reply by Defendant to be filed on October 14, 2015. (Reply date set by the court for the original motion was October 7, 2015).

　　　　The Parties stipulate that there is good cause for the extension of the time to file an opposition and reply by one week for the reasons, *inter alia*, that Plaintiff's counsel has a motion for summary judgment due on September 30, 2015 in another case, and other work obligations

*Siegel,
LeWitter &
Malkani*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*

which provide good cause for moving the date by one week, the same amount of time will still be provided to Defendant to file its reply, and the same amount of time will be provided to the Court to review the papers, as the hearing date has been changed from November 13, 2015 to December 11, 2015.

Respectfully submitted,

DATED: September 21, 2015            SIEGEL LEWITTER MALKANI

By:  /s/ Jody I. LeWitter
     Jody I. LeWitter
     Jean R. Krasilnikoff

Attorneys for Plaintiff

DATED: September 21, 2015            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Danielle Ochs
     Danielle Ochs
     Rachel J. Moroski

Attorneys for Plaintiff Defendant

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 21, 2015            By:  /s/ Jody I. LeWitter

### ORDER

This matter having come before the Court upon the stipulation of the parties pursuant to Local Rule 7-7(d) and good cause having been provided, it is hereby ordered that the opposition by Plaintiff shall be filed by October 7, 2015, and Defendant's Reply shall be filed by October 14, 2015.

DATED: Sept. 25, 2015                _____
                                      Hon. Charles R. Breyer

*Siegel, LeWitter & Malkani*
1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)