Jody I. LeWitter (SBN 124794)
Jean R. Krasilnikoff (SBN 280450)
SIEGEL LEWITTER MALKANI
1939 Harrison Street, Suite 307
Oakland, California  94612
Phone: 510-452-5000
Fax:     510-452-5004
jlewitter@sl-employmentlaw.com
jkrasilnikoff@sl-employmentlaw.com

Attorneys for Plaintiff EVELYN RYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN RYAN, | ) Case No. 15-cv-04102-CRB |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S CASE MANAGEMENT** ) **STATEMENT AND REQUEST TO** ) **VACATE DATES** |
| SANDIA CORPORATION dba SANDIA NATIONAL LABORATORIES and DOES 1 through 10, inclusive, | ) ) ) Filed on:      April 09, 2015 ) CMC Date:   January 22, 2016 |
| Defendants. | ) |

      Plaintiff's counsel filed a Motion to Withdraw a Counsel from this matter on November 20, 2015. Plaintiff Evelyn Ryan consented to the withdrawal of counsel. In the moving papers, plaintiff's counsel requested a 90 day stay of the proceedings to allow plaintiff an opportunity to obtain new counsel. On November 24, 2015, Defendant filed a statement of Non-Opposition to the Motion to Withdraw as Counsel and agreed to a stay of proceedings, although suggested a period of less than 90 days.

      For reasons related to the Motion to Withdraw as Counsel, plaintiff's counsel cannot complete the Case Management Statement required by the Local Rules and Standing Orders.

1     Given the pending Motion to Withdraw, we request that the Court vacate the current hearing date of January 22, 2016 on Defendant's Motion to Dismiss, stay the proceedings for 90 days, and set a status conference to allow plaintiff sufficient opportunity to obtain new counsel.

DATED: January 14, 2016                  SIEGEL LEWITTER MALKANI

By: /s/ Jean R. Krasilnikoff
Jody I. LeWitter
Jean R. Krasilnikoff

Attorneys for Plaintiff

**GRANTED**
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 20, 2016

*Siegel, LeWitter & Malkani*

1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)

2
PLAINTIFF'S CASE MANAGEMENT STATEMENT & REQUEST TO VACATE DATES
Case No. 15-cv-04102-CRB