United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN RYAN,<br><br>    Plaintiff,<br><br>v.<br><br>SANDIA CORPORATION,<br><br>    Defendant. | No. C 15-4102 CRB<br><br>**ORDER VACATING APRIL 21 HEARING ON MOTION TO DISMISS** |

Now before the Court is Defendant Sandia Corporation's motion to dismiss Plaintiff Evelyn Ryan's Complaint. See Motion (dkt. 14). The Court finds this matter appropriate for resolution without oral argument under Civil Local Rule 7–1(b) and VACATES the April 21, 2016 hearing on this matter. A reasoned opinion based on the parties' papers will follow.

**IT IS SO ORDERED.**

Dated: April 20, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE