1  DANIELLE OCHS, State Bar No. 178677
   dot@ogletreedeakins.com
2  RACHEL J. MOROSKI, State Bar No. 286805
   rachel.moroski@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  SANDIA CORPORATION
   dba SANDIA NATIONAL LABORATORIES
8

9  EVELYN RYAN (*Pro Se*)
   1102 Shadow Creek Drive
10 Stockton, CA 95209

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| EVELYN RYAN, | Case No. 15-cv-04102-CRB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND  ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |
| SANDIA CORPORATION dba SANDIA NATIONAL LABORATORIES and DOES 1 through 10, inclusive, | Complaint Filed: July 15, 2015 |
| Defendant. | Trial Date:          Not Set |

Case No. 15-cv-04102-CRB
STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the parties have resolved all issues in the above-referenced action and that the action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure § 41(a)(1).

IT IS SO STIPULATED:

DATED:  May 20, 2016                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Rachel J. Moroski*
    Danielle Ochs
    Rachel J. Moroski

Attorneys for Defendant
SANDIA CORPORATION dba SANDIA NATIONAL LABORATORIES

DATED:  May __, 2016                          By: _____
                                                  EVELYN RYAN

*Pro Se* Plaintiff

## **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  May 20, 2016                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Rachel J. Moroski*
    Danielle Ochs
    Rachel J. Moroski

Attorneys for Defendant
SANDIA CORPORATION dba SANDIA NATIONAL LABORATORIES

**ORDER**

Based upon the Stipulation between the parties, and good cause appearing, this action is hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  May 31, 2016

_____
Honorable Charles R. Breyer

**CERTIFICATE OF SERVICE**
*Evelyn Ryan v. Sandia Corporation dba Sandia National Laboratories*
USDC, Northern District of California Case No. 15-cv-04102-CRB

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Francisco in the office of a member of the bar of this court at whose direction the service was made. My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, CA 94105.

On June 1, 2016, I served the following document(s):

➢ **STIPULATION AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

Evelyn Ryan (*Pro Se*)
1102 Shadow Creek Drive
Stockton, CA 95209

(courtesy copy sent via e-mail to emr1160@gmail.com and emr1160@yahoo.com)

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 1, 2016 at San Francisco, CA.

Mayra Padilla

24809070.1